**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 15, 2009

Charles R. Fulbruge III
Clerk

No. 08-60737
Summary Calendar

EVIN JOSUE MARQUEZ-CASTILLO

                                        Petitioner

v.

ERIC H HOLDER, JR, U S ATTORNEY GENERAL

                                        Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A200 122 168

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

      Evin Josue Marquez-Castillo, a native and citizen of Honduras, petitions
this court for review of the Board of Immigration Appeals' affirmance of the
immigration judge's denial of his request for asylum and withholding of removal.
Marquez has also requested a stay of removal pending this court's consideration
of his petition for review.

---

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

Marquez argues that he is entitled to asylum and withholding of removal because he is a member of a social group, i.e., young people who refuse to pick sides between or join rival gangs in Honduras. He further argues that he has a well-founded fear of persecution because the gangs threatened him based on his refusal to choose sides in the gang conflict.

As to Marquez's asylum claim, because harassment and threats do not qualify as persecution and because Marquez has not shown that any of the gangs' actions amounted to persecution, he has not shown that he was subject to persecution.[1] As a result, Marquez also has not shown that his fear of being beaten or killed on his return to Honduras was objectively reasonable, and thus he has not established a well-founded fear of future persecution.[2]

As to Marquez's withholding of removal request, because Marquez has failed to prove that he was entitled to asylum, a fortiori he has not shown that he meets the more stringent standard for proving that he is entitled to withholding of removal.[3]

Marquez's petition for review is DENIED, and his motion for a stay pending this court's consideration of his petition for review is DENIED as moot.

---

[1] *See Chen v. Gonzales*, 470 F.3d 1131, 1135 (5th Cir. 2006); *Eduard v. Ashcroft*, 379 F.3d 182, 188 (5th Cir. 2004).

[2] *See Chen*, 470 F.3d at 1135.

[3] *See Efe v. Ashcroft*, 293 F.3d 899, 906 (5th Cir. 2002).

2